# GREEN·SEIFTER
## ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦
194 WASHINGTON AVENUE · SUITE 315 · ALBANY NEW YORK 12210 · P 518 689 3570 · F 518 689 3571♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
MAUREEN O. HELMER
WILLIAM S. HELMER
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
JACK R. LEBOWITZ
SIDNEY L. MANES

ANN M. ALEXANDER
DAVID G. BURCH
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
CHRISTINE W. DETTOR
MARRI A.T. ELLIOTT
KIM V. HEYMAN ††
DAFNI S. KIRITSIS

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

August 10, 2010

U. S. Bankruptcy Court Clerk
James M. Hanley Federal Building
100 South Clinton Street, Room 315
Syracuse, New York 13202

Re:   Kenneth E. Ouderkirk
      Case No. 09-33333

Dear Clerk:

Enclosed please find a check in the amount of $79.85 representing the tax refund exemption the above referenced debtor. My office sent correspondence to the debtor's attorney instructing them that the check must be cashed within the 90 day time frame. The check was not cashed within the 90 day time frame and a stop payment was issued and a new check was issued payable to the Court.

If you have any questions, please do not hesitate to contact me.

Very truly yours,
GREEN & SEIFTER, ATTORNEYS, PLLC

Michael J. Balanoff, Trustee

MJB/cam
Enclosure
CC: Salvatore Lanza, Esq. *(w/o enclosure)*

**RECEIVED**
AUG 13 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

CAM:1439518.1

WWW.GSLAW.COM